IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SATCO PRODUCTS, INC., <br><br> Defendant. | Civil Action No. 2:19-cv-04951-KAM-RML <br><br><br> **MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Nicholas A. Brown, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel on behalf of Defendant SATCO PRODUCTS, INC., in the above-captioned action.

I am a member in good standing of the Bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. Submitted concurrently with this motion is a certificate of good standing issued by the Supreme Court of the State of California as of September 18, 2019, and the affidavit required by Local Civil Rule 1.3.

Dated: September 24, 2019

/s./Nicholas A. Brown_____
Nicholas Brown
Greenberg Traurig, LLP
4 Embarcadero Center Suite 3000
San Francisco CA 94111
Email: brownn@gtlaw.com
Tel: (415) 655-1271
Fax: (415) 520-5609

*Attorney for Defendant SATCO PRODUCTS, INC.*

ACTIVE 45545703v1