IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS CO., LTD.**, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>**SATCO PRODUCTS, INC.**, <br><br>　　　　　Defendant. | Civil Action No. 2:19-cv-04951-KAM-RML <br><br><br>**AFFIDAVIT OF NICHOLAS A. BROWN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

## AFFIDAVIT OF NICHOLAS A. BROWN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Nicholas A. Brown, declare as follows:

1.　　I am a shareholder with the law firm of Greenberg Traurig, LLP, and one of the attorneys representing Defendant Satco Products, Inc ("Satco") in this litigation. '

2.　　I am submitting this affidavit pursuant to Local Civil Rule 1(c) in support of my Motion for Admission *pro hac vice* in the above-captioned matter.

3.　　As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the state of California, California State Bar No. 198210.

4.　　There are no disciplinary proceedings pending against me in any court.

5.　　I have never been convicted of a felony.

6.　　I have never been suspended, disbarred, or denied admission or readmission by any court.

7.　　In 2004, based on a misdemeanor conviction that has since been expunged from my record, I received a public reproval from the State Bar of California. I received probation for one year. I successfully completed that probation. The public reproval noted as mitigating factors

both that I displayed candor and cooperation, and that I displayed remorse. I have never had any other disciplinary action taken against me, and the expunged misdemeanor was entirely unrelated to my practice of law.

8.  Wherefore, I respectfully request that I be permitted to appear and advocate pro hac vice in the above-captioned case on behalf of Satco Products Inc.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 24th day of September 2019.

_____
Nicholas A. Brown

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco )

On 9/24/19 before me, Jessica Ann Knight,
   Date                          Here Insert Name and Title of the Officer
personally appeared Nicholas A. Brown
                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: JESSI ANN KNIGHT, Notary Public – California, San Francisco County, Commission # 2218984, My Comm. Expires Oct 20, 2021]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Jessica Ann Knight_
   Signature of Notary Public

Place Notary Seal Above

——— OPTIONAL ———

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Pro Hac Vice Application Eastern District of New York
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907