IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS CO., LTD.**, <br><br>      Plaintiffs, <br><br>v. <br><br>**SATCO PRODUCTS, INC.**, <br><br>      Defendant. | Civil Action No. 2:19-cv-04951-KAM-RML <br><br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Nicholas A. Brown, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant had declared that he is a member in good standing of the Bar of the State of California, and that his contact information is as follows:

    Nicholas A. Brown
    Greenberg Traurig, LLP
    4 Embarcadero Center Suite 3000
    San Francisco CA 94111
    Email: brownn@gtlaw.com
    Tel: (415) 655-1300
    Fax: (415) 707-2010

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant, SATCO PRODUCTS, INC., in the above entitled action.

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____          _____
                                                                                     United States District Judge