# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS CO., LTD., <br> Plaintiffs, <br> v. <br> SATCO PRODUCTS, INC., <br> Defendant. | Civil Action No. 2:19-cv-04951-KAM-RML |

TO: THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Nicholas A. Brown, of Greenberg Traurig, LLP, an attorney admitted to practice in this Court by Order Granting Motion for Leave to Appear Pro Hac Vice on September 27, 2019, hereby appears as counsel in the above entitled action for Defendant, SATCO PRODUCTS, INC.

Dated: September 27, 2019

*/s/Nicholas A. Brown*
Nicholas A. Brown
Greenberg Traurig, LLP
4 Embarcadero Center Suite 3000
San Francisco CA 94111
Email: brownn@gtlaw.com
Tel: (415) 655-1271
Fax: (415) 520-5609

*Attorney for Defendant*
*SATCO Products, Inc.*