# LYNN GARTNER DUNNE, LLP

Attorneys At Law
www.lgdlaw.com

Robert P. Lynn, Jr.
Kenneth L. Gartner*
John W. Dunne+

Stephen W. Livingston
Tiffany D. Frigenti
Katharine Smith Santos
Christopher A. Renke

Also admitted in *DC +CT

330 Old Country Road
Suite 103
Mineola, NY 11501

P: 516-742-6200
F: 516-742-5294
E: rplynn@lgdlaw.com

John A. Raymond^
Of Counsel

^Only admitted in DC & CA

October 7, 2019

**By eFile**
Hon Steven M. Gold
United States District Court
Eastern District of New York

Re: Seoul Semiconductor Co., Ltd. And
Seoul Viosys Co., Ltd. v. Satco Products, Inc.
Civil Action No.: 19-cv-4951

Dear Judge Gold:

I write the court requesting an adjournment of the conference scheduled for 3:00 p.m. on October 22, 2019 before Your Honor. I am counsel to Satco Products, Inc.

The reason for the requested adjournment is that I will be returning from Shanghai late at night on the 21st of October assuming that my flight is on time. Given the long flight, and the need to prepare, I have requested the consent of Michael Eisenberg of Holland & Knight, who represents the plaintiff and he has consented.

He has suggested November 4, 2019 as an adjourned date, which is convenient to me and my co-counsel from Greenberg Traurig, and hopefully will be convenient to the Court.

There has been no prior request for an adjournment.

Thank you very much for your anticipated courtesy and cooperation.

Respectfully submitted,

Robert P. Lynn, Jr.

RPL:kr

cc: Stephen W. Livingston, Esq.
    Scott Bornstein, Esq.
    Michael Eisenberg, Esq./Holland & Knight
    Nicholas Brown, Esq.