

Nicholas A. Brown
Tel 415.655.1271
Fax 415.520.5609
brownn@gtlaw.com

March 27, 2020

**VIA ECF**

Magistrate Judge Steven M. Gold
U.S. District Court, E.D. New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Seoul Semiconductor Co., Ltd., et al. v. Satco Products, Inc.*, 2:19-cv-04951-GRB-SMG

Dear Magistrate Judge Gold:

    Plaintiffs Seoul Semiconductor Co., Ltd, and Seoul Viosys Co., Ltd. and Defendant Satco Products, Inc. hereby jointly request that all deadlines in the above-referenced action be extended by 60 days. Neither party has previously sought an extension of the case schedule since it was entered on November 4, 2019 (Dkt. No. 41). This request is made in view of the current global pandemic which is impacting, among other things, access to certain materials needed for preparing claim constructions, and the ability to prepare for and take depositions of witnesses located in South Korea. Counsel for both parties are located in New York, a metropolitan area that has enacted remote work policies for all non-essential businesses.[1] The parties' proposed Revised Scheduling Order is attached, with the requested extended dates summarized below.

| **Local Patent Rule Deadline** | **Current Schedule** | **Proposed Revised Schedule** |
|---|---|---|
| Parties to Exchange Constructions | Wednesday, March 18, 2020 | Monday May 18, 2020 |
| Parties to Meet and Confer regarding Terms and Constructions | Wednesday, March 25, 2020 | Tuesday May 26, 2020 |
| L.P.R. 11. Joint Claim Terms Chart | Wednesday, April 1, 2020 | Tuesday June 2, 2020 |

---

[1] Due to the outbreak of the novel coronavirus, the President of the United States declared a National State of Emergency on March 13, 2020. New York State Governor Andrew Cuomo declared a State of Emergency on March 7, 2020 and directed 100% of the workforce in New York State, other than essential services, to stay home and prohibited all non-essential gatherings of individuals of any size for any reason.

**Greenberg Traurig, LLP | Attorneys at Law**
Four Embarcadero Center  |  Suite 3000  |  San Francisco, CA 94111  |  T +1 415.655.1300  |  F +1 415.707.2010

www.gtlaw.com

March 27, 2020
Page 2

| Local Patent Rule Deadline | Current Schedule | Proposed Revised Schedule |
|---|---|---|
| L.P.R. 12(a). Opening Claim Construction Brief | Friday, May 1, 2020 | Thursday July 2, 2020 |
| L.P.R.12(b). Responsive Claim Construction Brief | Friday, May 29 2020 | Monday August 3, 2020 |
| L.P.R.12(c). Reply Claim Construction Brief | Friday, June 12, 2020 | Monday August 17, 2020 |

Date: March 27, 2020

*/s/ Etai Lahav*

Michael Eisenberg, Esq.
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Tel: 212-513-3529
Fax: 212-385-9010
Michael.Eisenberg@hklaw.com

Etai Lahav
RADULESCU LLP
350 Fifth Avenue, Suite 6910
New York, NY 10119
Tel: 646-502-5950
Fax: 646-502-5959
etai@radip.com

COUNSEL FOR PLAINTIFFS

Respectfully submitted,

*/s/ Nicholas A. Brown*

Scott J. Bornstein
Joshua L. Raskin
Julie P. Bookbinder
Elana B. Araj
GREENBERG TRAURIG, LLP
200 Park Ave
New York, NY 10166
Telephone: (212) 801-9200
bornsteins@gtlaw.com
raskinj@gtlaw.com
bookbinderj@gtlaw.com
araje@gtlaw.com

Nicholas A. Brown *(admitted pro hac vice)*
GREENBERG TRAURIG, LLP
4 Embarcadero Ctr, Ste. 3000
San Francisco CA 94111-5983
Telephone: 415-655-1271
brownn@gtlaw.com

Of counsel:
Robert P. Lynn, Jr.
Stephen W. Livingston
LYNN GARTNER DUNNE, LLP
330 Old Country Road, Suite 103
Mineola, New York 11501
Telephone: (516) 742-6200
rplynn@lgdlaw.com
swlivingston@lgdlaw.com

COUNSEL FOR DEFENDANT

**Greenberg Traurig, LLP | Attorneys at Law**
Four Embarcadero Center  |  Suite 3000  |  San Francisco, CA 94111  |  T +1 415.655.1300  |  F +1 415.707.2010

www.gtlaw.com