UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SEOUL SEMICONDUCTOR CO., LTD ET AL.,  :
:
                Plaintiffs,  :
       -v-                                 :             19-CV-4951 (GB)
:
SATCO PRODUCTS, INC.,  :             <u>ORDER</u>
:
                Defendant.  :
-------------------------------------------------------------------X

Steven M. Gold, United States Magistrate Judge:

      In addition to the questions posed in the Order issued yesterday, the parties shall advise the Court whether the same products are accused of infringing the six patents now subject to review by the USPTO and the four patents not before the USPTO.  Put differently, assuming plaintiffs prevail on their causes of action for infringement with respect to the four patents as to which IPR has not been instituted, will they recover all the damages they seek in this action or, if the other six patents survive USPTO review, do plaintiffs expect they will pursue further litigation to recover additional damages?

                                                                SO ORDERED.

                                                                 Steven M. Gold
                                                                United States Magistrate Judge

Dated:  November 9, 2020
         Brooklyn, New York

U:\Seoul v Satco.docx